AO 154 (10/03) Substitution of Attorney

**FILED**
**JAN 15 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

HERBERT E. MILLER
      Plaintiff(s),
V.
Citimortgage, Inc., Republic Mortgage Home Loan
      Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-02697-GEB-GGH

Notice is hereby given that, subject to approval by the court, __HERBERT E. MILLER__ substitutes
(Party(s) Name)

__HERBERT E. MILLER, In Pro Per__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __LAW OFFICES OF ALLAN R. FRUMKIN, INC.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: HERBERT E. MILLER
  Address: P.O. BOX 6644, AUBURN, CA 95604
  Telephone: (916) 849-1636    Facsimile _____
  E-Mail (Optional): _____

I consent to the above substitution.
Date: __JAN 14 2013__
                                                    (Signature of Party(s))

I consent to being substituted.
Date: __JAN 14 2013__
                                                    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: __JAN 14 2013__
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __1-15-13__
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]