**FILED**

JAN 1 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

HERBERT E. MILLER

Plaintiff (s),

V.

Citimortgage,Inc., Republic Mortgage Home Loan

Defendant (s).

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** CV-02697-GEB-GGH

Notice is hereby given that, subject to approval by the court, __HERBERT E. MILLER__ substitutes
(Party (s) Name)

__HERBERT E. MILLER, In Pro Per__ , State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __LAW OFFICES OF ALLAN R. FRUMKIN, INC.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __HERBERT E. MILLER__

Address: __P.O. BOX 6644, AUBURN, CA 95604__

Telephone: __(916) 849-1638__         Facsimile ____

E-Mail (Optional): ____

I consent to the above substitution.

Date: __JAN 1 4 2013__                    x_____
                                            (Signature of Party (s))

I consent to being substituted.
Date: __JAN 1 4 2013__                    _____
                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __JAN 1 4 2013__                    x_____
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __1-15-13__                         _____
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]