IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT E. MILLER,

      Plaintiff,                                  No. 2:12-cv-2697 GEB GGH PS

      vs.

CITIMORTGAGE, INC., et al.,

      Defendant.                               ORDER

_____/

      On March 15, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that the Findings and Recommendations filed March 15, 2013, are ADOPTED and defendant CitiMortgage, Inc. is dismissed with prejudice

1

pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 3, 2013

```
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```