IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT E. MILLER,

    Plaintiff,

vs.

CITIMORTGAGE, INC., et al.,

    Defendants.

                           /

No. 2:12-cv-2697 GEB GGH PS

FINDINGS & RECOMMENDATIONS

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On March 15, 2013, plaintiff was ordered to show cause within fourteen days for his failure to serve defendant Republic with summons. At that time, plaintiff was advised that failure to respond to the order would result in a recommendation that this defendant be dismissed. Plaintiff did not respond to the order to show cause. There is no record that defendant Republic Mortgage Home Loans, LLC ("Republic") has been served with the complaint. (Dkt. no. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. This action was filed on September 27, 2012 in state court, and plaintiff has not yet served defendant Republic with summons.

        Accordingly, IT IS RECOMMENDED that defendant Republic be dismissed from this action.

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
3 fourteen (14) days after being served with these findings and recommendations, any party may
4 file written objections with the court and serve a copy on all parties.  Such a document should be
5 captioned "Objections to Magistrate Judge"s Findings and Recommendations."  Any response to
6 the objections shall be served and filed within seven (7) days after service of the objections.  The
7 parties are advised that failure to file objections within the specified time may waive the right to
8 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9 DATED: June 6, 2013

                          <u>/s/ Gregory G. Hollows</u>
                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Miller2697.fr.4m.wpd